# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

129437

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

In re DEMARCUS DEVON DAVIS, Minor.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

v

DEMARCUS DEVON DAVIS,
      Respondent-Appellant.

SC: 129437
COA: 254527
Berrien Juvenile Div Ct:
2003-000923-DJ

_____/

      On order of the Court, the application for leave to appeal the July 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, KELLY, and MARKMAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

_____
Clerk

p0419